## MARY BUXTON SUMAN *v.* FREDERICK D. MARTIN ET AL.

[No. 40, October Term, 1940.]

*Decided June 11th, 1941.*

The cause was argued before BOND, C. J., SLOAN, JOHNSON, DELAPLAINE, COLLINS, and FORSYTHE, JJ.

*C. Walter Baker,* for the appellant.

*Harold H. Hoffman* and *J. Cleveland Grice,* for the appellees.

SLOAN, J., delivered the opinion of the Court.